William P. Smith, appellee, v. Wabash Railway Company, appellant. Gen. No. 7,743.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 5, 1924. Rehearing denied October 7, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Bellatti, Bellatti & Moriarty, for appellant; N. S. Brown and L. H. Strasser, of counsel. O. J. Putting and H. P. Samuel, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

L. A. Whitworth, appellee, v. Luther Perrine, appellant. Gen. No. 7,750.

Action to recover damages against defendant for removing fence closing roadway. Judgment for plaintiff. Appeal from the County Court of Macoupin county; the Hon. Frank G. Wood, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 5, 1924. Rehearing denied October 7, 1924.

Jesse Peebles, for appellant. Rinaker & Rinaker, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Charles Rice, plaintiff in error. Gen. No. 7,629.

Prosecution under prohibition law. Defendant convicted. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

Swallow & Bookwalter and J. M. Boyle, for plaintiff in error. John H. Lawman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Charles Rice, plaintiff in error. Gen. No. 7,721.

Prosecution under prohibition law. Defendant convicted. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

J. M. Boyle, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Pauline Adler, appellee, v. Henry Meyer, appellant. Gen. No. 7,736.

Forcible entry and detainer. Default judgment for plaintiff. Writ of certiorari issued upon petition of defendant. Judgment quashing writ and dismissing petition. Appeal from the County Court of Macoupin county; the Hon. Frank G. Wood, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

Jesse Peebles, for appellant. Paul J. Luker and A. S. Cuthbertson, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.